## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RESIDENTIAL FUNDING CORPORATION, | Civil No. 04-4665 (JRT/FLN) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MOUNTAIN STATES MORTGAGE CENTER, INC., | |
| Defendant. | |

_____

Donald G. Heeman and James W. Rude, **FELHABER, LARSON, FENLON & VOGT, PA**, 220 South Sixth Street, Suite 2200, Minneapolis, MN 55402 for plaintiff.

Barry A. O'Neil and Margie R. Bodas, **LOMMEN, ADBO, COLE, KING & STAGEBERG, PA**, 80 South Eighth Street, Suite 2000, Minneapolis, MN 55402 for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: August 4, 2006
at Minneapolis, Minnesota.

                                                                  s/John R. Tunheim_____
                                                                   JOHN R. TUNHEIM
                                                                   United States District Judge